October 25, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CAROLINE LE, Appellant

NO. 14-11-00910-CV                          V.

TRAM T. NGUYEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Tram T. Nguyen, signed, July 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Caroline Le, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.